GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
PAUL SACHELARI
Special Assistant United States Attorney

JS - 6

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8933
Facsimile:  (415) 744-0134
E-Mail: paul.sachelari@ssa.gov

Attorneys for Defendant,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HECTOR V. DIAZ,<br><br>    Plaintiff,<br><br>         v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | No. CV 09-3456-DTB<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: October 29, 2009        _____

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE